| | |
|---|---|
| UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK | **Index No.** 2:21-cv-05490 |

ESTEFANY FERMIN, individually and RR, an infant under 18 years of age, by ESTEFANY FERMIN, her Mother as Natural Guardian,

                          Plaintiff,

      -Against-

CREDENCE RESOURCE MANAGEMENTand MED-TRANS CORPORATION,

                          Defendant.

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST DEFENDANT DEFENDANT MED-TRANS CORPORATION ONLY**

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), Plaintiff(s), RR, an infant under 18 years of age, by ESTEFANY FERMIN, her Mother as Natural Guardian, by their counsel, hereby give notice that all claims against Defendant, MED-TRANS CORPORATION only asserted in this action are voluntarily dismissed, with prejudice, in light of a settlement between Plaintiffs and Defendant Med-Trans Corporation.

**File #: D-1274 (Fermin)**

| | |
|---|---|
| Dated: Jericho, New York<br>October 26, 2021 | **SO ORDERED**: |
| */s/ Gregory Goodman*<br>Gregory Goodman, Esq.<br>The Law Office of Gregory A. Goodman, P.C.<br>Attorney for Plaintiff(s)<br>380 North Broadway, Suite 305<br>Jericho, New York 11753<br>(516) 597-5840 (Office) Ext. 101<br>(631) 656-8180 (Office)<br>(866) 415-1019 (Facsimile)<br>(631) 357-2934 (Cell)<br>Email: ggoodman@gganylaw.com | U.S.D.J.<br><br>Dated: _____ |

**File #: D-1274 (Fermin)**