

380 North Broadway  
Suite 305  
Jericho, New York 11753

Tel:  (516) 597-5840  
Tel:  (631) 656-8180  
Fax: (866) 415-1019  
ggoodman@gganylaw.com

January 31, 2022

**BY ECF**  
Honorable William F. Kuntz, II  
United States District Judge  
Eastern District Of New York  
Alfonse M. D'Amato Federal Building  
United States District Court  
100 Federal Plaza  
Central Islip, New York 11722

    *Re*:    Caption:    ESTEFANY FERMIN, Et. Al.  v. CREDENCE, Et. Al.  
           Subject:    **WITHDRAWAL** Pre-Motion Conference Request- Motion to Enforce Settlement and compel Performance or To Remand to State Court for Enforcement Proceedings  
           Index #:    2:21-cv-05490  
           Client(s):    CREDENCE RESOURCE MANAGEMENT, Et. Al.  
           Our File #    D-1274 (Fermin)

Dear Judge Kuntz:

      Plaintiff hereby withdraws its 01/26/2022 pre-motion request for a conference regarding Plaintiff's Motion to enforce the settlement agreement which was filed on 01/26/2022, since following our request, Defendant complied with its obligation regarding the terms of the settlement agreement.

      Plaintiff sincerely thanks the Court's time and attention to this matter.

                                          Respectfully,

                                        */s/ Gregory Goodman*

                              The Law Office of Gregory A. Goodman, P.C.  
                              By: Gregory Goodman, Esq. (GG 8899)  
                              Attorneys for Plaintiff  
                              380 North Broadway, Suite 305  
                              Jericho, New York 11753

**File #: D-1274 (Fermin)**

Tel:  (516) 597-5840 |(631) 656-8180
Fax: (866) 415-1019
ggoodman@gganylaw.com

*All Counsel via ECF*

**File #: D-1274 (Fermin)**